GROTEFELD & HOFFMANN, L.L.P.
Maura Walsh Ochoa (SBN 193799)
Todd C. Harshman (SBN 240942)
Waylon J. Pickett (SBN 248865)
One Embarcadero Center, Suite 500
San Francisco, California 94105
Telephone: (415) 344-9670
Facsimile: (415) 989-2802

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> WHIRLPOOL CORPORATION. and DOES 1 through 25, Inclusive, <br><br> Defendants. | Case No.: 2:08-CV-01348-JAM-GGH <br><br> **STIPULATION TO EXTEND DISCOVERY DEADLINES, PRE-TRIAL DATES AND TRIAL DATE; AND ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the Law Offices of GROTEFELD & HOFFMANN, LLP, attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY, and the Law Office of ANWYL, SCOFFIELD & STEPP, LLP, attorneys for Defendant WHIRLPOOL CORPORATION, that all discovery deadlines and pre-trial dates be extended by 90 days in order to allow additional time to engage in meaningful settlement discussions; the parties shall adhere to the following schedule:

   A. Motion Hearings. All dispositive motions shall be filed by November 4, 2009.Opposition and Reply papers must be filed by 4:00 p.m. on the day due. Hearings on such motions shall be on December 9, 2009 at 9:00 a.m.

   B. Discovery. Discovery shall be completed by October 16, 2009.

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff shall make expert witness disclosures by August 14, 2009 in accordance with Fed. R. Civ. P. 26(a)(2).  Defendant shall make expert witness disclosures by September 11, 2009 in accordance with Fed. R. Civ. P. 26(a)(2).  Plaintiff's rebuttal disclosure of experts shall be made by October 2, 2009 in accordance with  Fed. R. Civ. P. 26(a)(2)(c).

C. Joint Mid-Litigation Statements. The parties shall file with the court a brief joint statement no later than fourteen (14) days prior to the close of discovery.

D. Joint Pre-Trial Statements. The parties shall file with the court a joint pre-trial statement by January 20, 2010, seven days prior to the pre-trial conference.

E. Final Pre-trial Conference.  The final pre-trial conference is set for January 27, 2010 at 4:00 p.m.

F. A Jury Trial in this matter is set for March 8, 2010 at 9:00 a.m.

Dated: May 18, 2009     **GROTEFELD & HOFFMANN, LLP**

/s/

Maura Walsh Ochoa
Attorneys for Plaintiff
State Farm General Insurance Company

Dated: May 18, 2009     **ANWYL, SCOFFIELD & STEPP, LLP**

/s/

James T. Anwyl
Attorneys for Defendant
Whirlpool Corporatin

////
////
////
////
////

2

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

On reading and filing the stipulation of the parties hereto that the discovery deadlines and pre-trial dates be extended and good cause appearing therefore,

IT IS HEREBY ORDERED that the discovery, pre-trial dates and trial date stipulated herein above shall be imposed on the parties in this action.

Dated: May 18, 2009  /s/ John A. Mendez
JUDGE JOHN A. MENDEZ
U.S. DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com